In the Matter of the Application of SAMUEL GELLMAN, an Attorney, Appellant. ROSICATO BUILDERS, INC., Plaintiff, *v.* BERRIAN & 45TH REALTY CORP. et al., Defendants. WILLIAM GREEN, Doing Business under the Name of GREEN CONSTRUCTION COMPANY, Respondent.

Argued December 1, 1952; decided January 15, 1953.

*Samuel Gellman,* appellant in person.
*Camilo Frank Ortloff* and *Samuel Weiss* for respondent.

Order affirmed, with costs; no opinion

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.